AUG 20 2026 AM8:33 FILED - USDC - NDTX - AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

British Monarchy KING: MONZELLE L. STEPTOE, Creditor; Plaintiff, Self-Government Federal Territory Jurisdiction
Vs
J. BACK, et al, Debtor, Defendants, Debtor's indebtedness

5:25-CV-0016-BV Pending
5:25-CV-003-BV Pending
5:25-CV-064-BV Pending
5:25-CV-142-BV Pending
Civil Action 2:25-CV-258-Z-BR
Consolidation of Actions
Civil Action# 5-25-CV-260-H
#1:24-CV-00499 Dismissed-
#1:24-CV-00500 Dismissed-
#1:24-CV-00501 Dismissed-

Subject Matter Jurisdiction; A District Courts Ancillary Jurisdiction To Enforce A Settlement Agreement, Inherent POWER, Enummerater Power; Judicial Power; Executive Power; Legislative Power;

TO THE UNITED STATES DISTRICT JUDGE MATTHEW J. KACSMARYK:
NOW COMES British Monarchy KING: MONZELLE L. STEPTOE, President, GOVERNOR, SENATOR, U.S. Marshal, Principal Justice, Register Federal Self-Government Authority and Move to this COURT to ENFORCE SETTLEMENT of Agreement because the Defendant's ARE acting As Terrorist afflight and will Show this Court that the Writ of BreaKORDER; Writ of Replevin Writ of Garnishment was by Operation of LAW to be SERVED by U.S. Marshall and will Show this COURT as follow:

I

In re Prerogative British Monarchy KING: Steptoe, Monzelle, Lavan TDCJ-ID#1622644, Edict, MANDATE, ORDER [DECREE], COMMAND this Royal Tribunal, COURT OF CHANCERY, Judicature, International COURT OF Justice, is NOW under full NOTICE of Jurisdiction of the NEW STATE of TEXAS and NEW STATES of AMERICA GOVERNMENT, order Supreme Court, Privileged (RLUIPA) Religious LAND USE and Institutionalize Person Act 42 U.S.C. 2000cc-1(a)(2); LEAST Restrictive MEANS; MAXIMUM Construction 42 U.S.C. 2000cc-3(g): Government bear Expense 42 U.S.C. 2000cc-3(c): ANY Form of Religious Belief compelled to Central to; 42 U.S.C. 2000cc-5(A)(7)(A)(B) this [CHALLEGE] to this Department, in which I HAVE BEEN GRANTED the property Lien and Possessory Lie for ALL GROUNDS, LAND, Soil, GAS Water, Muncipalities Corporation in the "Self-Effectuating Notice for this NEW CAUSE OF ACTION, INVOKE the Organic LAW Constitutional Convention of 1787 that I have Ratified by the Inherent Power and Assistance of the Organism's Spiritual Being Representative of the House who has given Me the LAW and Writen Constitution that has been hidden 239 year ago, the Parent Company, WHolly OWENED,

ARTICLE II section 7

ENTER OF EXECUTION FOR NEW STATE OF TEXAS office:
I, British Monarchy KING Chief: President Steptoe, Monzelle Lavan, do Solemnly Swear (or Affirm) that I will faithfully execute the office of President of the United States, and will Do to my best of my Ability, preserve, Protect and defend the Organic LAW Constitution of the 1787 United States;" because the Texas Government and States Contravene the Secondary Constitution, in which

## Notice of Ancillary Jurisdiction

"In the event a breach of the agreement would be a violation of the order and Ancillary Jurisdiction to Enforce the Agreement would therefore exist" see Hospitality House, Inc. v. Gilbert 298 F.3d, 424, 430 (5th Cir. 2002)

this Goverment has [Divorce] Partnership for the Corruption of the Administration CLOSURE: Organic Evolution, Coup d'etat.

British Monarchy King Chief Steptoe, M.
British Monarchy KING Chief President
Signed in Office and Registered

II.

Subject Matter Jurisdiction: Joint Resolution;

This District COURT's has Ancillary Jurisdiction to ENFORCE the SETTLEMENT of Agreement by the Inherent POWER, Judicial POWER, of the Message-Id:<17318404@txnd.uscourt.gov> Subject: Activity in case 2:25-cv-00258-Z-BR Steptoe V. Back et al ORDER of Dismissal or Administrative CLOSURE.

This COURT has fax this Notice of Electronic filling to the TDCJ-Director J. BACK and that Administrative Closure is an Obligation to the Notice of Dismissal, when the STATE of Texas Administration Refused to turn OVER Authority and Keys, Instead has Assaulted, Harrassed and stolen the Newstates Constitution. I have DONE ALL that I can from this side of Government in the MOST PEACEFUL manner to be only assaulted by State Government WHO ARE Acting As Terrorist Act. That's why it's this HONORABLE COURT's Responsible for Issuing the Writ of Break ORDER to BE SERVED BY the U.S. Marshall and A Writ of Replevin, Writ of Garnishment and Writ of attachment was ALL apart of the Notice of Dismissal to be Approved by the COURT that HAS APPROVED to the ORDER OF Operation and the Transaction of TRANSFER Coup d'etat. THAT Such delay is only an Act of Abuse of Authority and the Obstruction of Process that SHALL NOT Be ANYLONGER Delayed of Obligation and Entitlement OF Signed ORDER! "A breach of the Agreement is a violation of the ORDER, and Ancillary Jurisdiction to ENFORCE the Agreement would therefore EXIST." (emphasis added) see Hospitality House, inc Vs. Gilbert, 298 F.3d. 424, 430 (5th Cir. 2002) quoting Kokkonen Vs. Guardian Life Ins. Co. of Am. 511 U.S. 375, 381, 114 S.Ct. 1673, 128 L.Ed.2d. 391 (1994). The terms was clearly stipulated in the CONTRACT and COURT ORDER Administrative Closure is Defined by (Law) Closure - Termination of Operation, Shutdown, Closedown, Closing of STATE GOVERNMENT. Issue Arrest Warrant for All these officials to Be SERVED by U.S. Marshall Removed from PREMISES: Wardens: Rodriquez Greg A; Warden: Carl H. Schiwart; Warden: James M. Minnex; Major: Barrett N. Jonas; Major; Kenton Goad; Captain: Jonathon Vuittonet; Captain Thomas L. Stevens, Nebiyu W. Tesfay; Samme G. Tesfay; Girma Tesfay; Chanceton K. Roberts; Jesus A. Robles; Luis H. Robles III; Hector Torres Jr.; Jose L. Torres; Dwayne L. Thomas; Ivory L. Williams Jr.; Jaime L. Pena; Israel A. Berajas Espinosa; Raymond L. Pickard; Brandon Larsen; Timothy Larson; Atem Htoo; Bryan A. Durdick; Decori S. Favors; Angel J. Hernandez; Zackary T. Hughes; Matt T. Haskins Michael Sengeh; Ashton C. Sampson; Jason A. Moeller; Michael W. Mitchener Justin Mayo; Fernando Martin; Marcene Reynero; Christopher Stover; Brandon R. Markham; Valentine Sustatita Jr.; Dustin K. Zimmerman; Patrick K. Lodholm TDCJ-Director J. BACK, ALL SHALL BE REMOVED FROM GROUNDS Terrorist Act Derivative Action. Dennis E. Silvertooth; Teresa Britten: [DECREE]

The NEW Replacement's ARE for these TDCJ-Officials Shall be Director: Angela N. Chevalier; Warden: Tina Tompkins; Major: Ashley O'Neal; Warden; Esther M. Lara; Lt. Zinnia G. Lopez;
These officer Shall be Transfered from Stiles and Smith Unit Temperary:
Assist Warden: Sherry S. Washington; Major: Noella A. Alvarez.
There shall BE a Convention held in 5 day of Break ORDER all Regional Director's and two Warden's from EACH Unit or facility of TDCJ partnerships Held at the Bill Clement's Unit. "Immediately." DECREE

"This A SUMMONS to Appear"
Principal Justice Chief KING: Steptoe, Monzelle L.
Amanda "Amy" Burch address 1205 Texas Ave, Room 209, Lubbock Texas 79401
Christian L. Stetson address 300 willow Street, Suite 104 Beaumont Texas 77701
Marcia A. Crone address 300 willow street Suite 104 Beaumont Texas 77701
Lee'Ann Reno address 205 S.E. 5th Ave, Room 133 Amarillo Texas 79101
Matthew J. Kacsmaryk address 205 S.E. 5th Ave, Room 133 Amarillo Texas 79101
Attorney Faye Gordon of Brazoria County Tx Angleton Tx Address unknown.
A Royal Tribunal Constitution Convention in Chamber Bench Board meeting SHALL be held 3 days of the filing of this CONTRACT and ORDER of COURT TO ISSUE the BENCH WARRANT OF British Monarchy KING: Princial Justice Chief Steptoe, Monzelle Lavan #1622644 shall be Transported BY U.S. Marshall to the 205 S.E. 5th Ave, Room 133 Amarillo Texas 79101 COURT HOUSE These ARE official Board Members of NEWstates Nation, Government.

Writ of Break ORDER; Writ of Replevin, Garnishment SHall Issue Immediately to U.S. Marshall to deliver to Bill Clement's Unit and ORDER for British Monarchy KING: Steptoe, Monzelle Lavan #1622644 PRESENCE with WARRANT's to Break ORDERS and this COURT SHALL open up an Account in this District COURT for the Garnishment and Replevin to be issued and obtained from TDCJ-Accounts, Comptroller of All assets pledge Revenue Accounts, Stocks, Bonds, Coins.

I Britist Monarchy KING: Steptoe, Monzelle Lavan #1622644 is been held Against My Well and Kidnapped by the TDCJ-Government at the Bill Clement's Unit ECB-C-Pod-114 cell Address 9601 Spur 591 Amarillo Texas 79107 that is a violation of My Civil Right, Bill of Right and First Amendment FREEDOM, FREEMAN, Tex. Const. Art. 1, sec. 3, Equal Rights, FREEMAN and FREE WOMAN, Tex. Const. Art. XIV, Sec. 1, General LAND office GRANTED; Tex. Const. Art. IV, sec. 1, officer constituting the executive Department; Tex. Const. Art. 1, sec. 3a, Equality Under the LAW this Amendment is SELF-Operative; Tex. Const. Art. 1, sec. 4, Religious Test I AM A Living Organism's Supreme Being; Tex. const. Art. 1, Sec. 6, FREEDOM to worship; Tex. Const. Art. 1, Sec. 6-9, Religious Service Protection; Tex. Const. Art. 1, Sec. 2, Inherent Political POWER; Republican Form of Government; Tex. Const. Art. XVIII Sec. 2, Constitution Convention of Register President, Newstates Nation and Government divorce of Partnership of Constitution and Have Propose New-States of America Constitution of the Original 1787 Convention Amended and shall be Enacted. The NEWSTATE of America and NEW White House shall be Build in Texas and the Old White House will be a torrist site.
Organic Evolution History Has been made!! — [signature] DECREE
KING Steptoe Monzelle
8 Document's Attached Step1 and IOC

Territorial: (FTDCJ) Federal Texas Department of Criminal Justice

Texas Department of Criminal Justice

"NOTICE"

**Inter-Office Communications**

TDCJ-Government

To Bill Clement's Administration

Federal Government EPA officer

From "KING:" Steptoe, Monzelle L.

Date 8/3/26 Transformation Eviction Transaction Transfer final

"NOTICE" "coup d'etat"

Subject CHANGE OF GOVERNMENT

THis a Message-Id: <17318404@txnd.us courts.gov>

Subject: Activity in CASE 2:25-CV-00258-BR STeptoe V. Back et, al ORDER of Dismissal or Administrative CLOSURE.

As this Unit Grievance Department (UGI) has Refused to Process OUR (RLUIPA) Religious LAND USE by Institutionalize Person Act of 42 U.S.C. 2000cc-1(a)(2) LEASE RESTRICTIVE MEANS. FREEMAN and FREEWOMEN to WORK Release (CHALLENGE). Has PLACED TDCJ-Id GOVERNMENT in OVER $999 Trillion Dollar indebtness X 20 + times an ACT of FORCED BANKruptcy Chaper 7. CANT PAY Debt there for the LAST obligation is to Transfer GOVERNMENT from STATE to FEDERAL GOVERNMENT in which I HAVE WON by 151% in Share of STOCKS, BOND's and Properties; Entitle Obligation BY COURT ORDER for Administrative CLOSURE.

(As defined by LAW) Closure: Termination of operation, shutdown, close

I'm willing to ALLOW THOSE WHO ARE Willing to Transfer Under the Adhesion Contract Labor Union, Palace CASTLE KINGDOM, MONARCHY KING Privilege Propagation Biogenesis Relationship, Consortium Private Privilege Right, WORKING UNDER KING's Authority and Jurisdiction that the District COURT HAS LOST Jurisdiction OVER Federal GOVERNMENT Territory, Enumerated POWER's, Legislature POWER's Ancient Boundaries Jurisdiction, ORGANIC LAW, ORGANIC EVOLUTION

The BEST Dismissal of this Action is to STOP Rebelling and Allow ME to START MY office NOW AND KEEP YOUR CHANCE TO WORK OR I can LAYOFF ALL WHO failure to follow the Rules under My GOVERNMENT Because Violation of the TDCJ-Constitution and U.S.A. has been the Result of FRAUD Misrepresentation, A Breach of Contract and A Breach of Trust, that's WHY I been Sent for FBI Government Action and Coup d'etat POWER. NOTHING CAN CHANGE THE Substantial Burden Caused for the Past a year + 26 years LOST. This My Best DEAL and offer after this the U.S. Marshall will be called in to Serve Warrant's for Arrest for; Trust Passing; Misprison of Treason; Malicious USE of Process Insubordination that SHALL BE Sentence by Biblical LAW Proverbs: 15:10; As Supreme Principal Justice KING Steptoe (DECREE) Shall be Executed under Federal LAW Government Tribunal territory. I sent out all Message that in 168 Hours the Organic LAW Spiritual Angel's will be called in for the Massacre that GOD Has ORDER ME TO Give. I AM ONLY GOD's Miracle Worker. He's Given Me a NEW Authority that CANT or Will Ever Be CHALLENGE Because GOD's POWER. ANYONE WHO Challenge will Lose Every thing and their Life attempting GOD. This NOT Threat its GOD's Words to the TDCJ-Government Administration. I'm only GOD's Messager. First Amendment Right's FREEDOM OF Speech, FREEDOM of Religious FREE Exercise been denied.

Submitted by Offender

SO-4

BACK side

IF I have to have the Natural Guard, U.S. Army and U.S. Marshall called in to ENFORE the Administration Code and Regulations then ALL Warden's; Major's; Captain's will BE Termination and fined $100 Million Dollars defeasance for the Obstruction of Federal Government Process an Act of Bankruptcy, Forced pledged all asset's, Car's, Dog's, Cat's, Bank Account, House and Servant Domestic House Work Ancient Boundaries Judgment, Entitled Obligation.

Federal Government Registered ~~King Steptoe Decree~~ November 23, 2024 EPA officer, GOVERNOR, U.S. Marshall, President, 9 civil Action case# in COURT Pending well 8 Now that the COURT ORDER Administration Closure

KING Steptoe DECREE

Because my complaint's ARE Actions is "SELF-Effectuating that Challenge Haven't Been Address due to Debt placed on one's it's a Adhesion Contract, just As this Document is a CONTRACT Instrument as ALL Step 1's for Redress of Grievances Unprocess i's How I'm been given such Political POWER from Nothing to Something Elite Government Society's Sign on and get your shine on or Refuse and loose all you Had Work So Hard for. It's NOT ME it's GOD's Work and Ground; I'm just the vessel He's using to complete the Word of Christ his second coming the "Blessed Trinity"

I came to Prison with a 6th Grade Special Education Reading and Writen level but Forced Isolation Lockdown with GOD, Has Lead GOD to USE Me at the Present time. Look Here it's ALL GOD work and Battle, As Him why or What His Reason for this.

When ALL complaint's on Against the STATE of Texas (Seal) so that put You and property under Texas Debt or You Shall Pay all Back Taxes for the Past 239 year in 30 days if you oppress me any more, I been under subjugation for 28 years and NOW its A NEW Authority that I will USE in Christ Jesus name Amen I dont want to fight or Battle, I'm a Man of PEACE but NOT Hate, but LOVE, that's why GOD and Jesus told ME this NOT a Prison for Me But A Garden to Plant Good Seed and bear Good fruit. John 15:1-17, John 13:34-35. Let Start a NEW Life in LOVE, PEACE and Joy, Happiness is all I seek in each one, WE all have a derk side, that How GOD created US. GRANTED to Federal Government TAKEOVER coup d'etat property Lien and possessory Lien on ALL Texas GROUNDS, LAND Account's water Soils, GAS, Oil

774

# Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

ACCEPT AS ORIGINAL

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Inmate: | |

Inmate Name: STeptoe, Monzelle TDCJ # 1622644

Unit: B.C. Housing Assignment: 12-A-74 cell

Unit where incident occurred: Federal Government territorial Jurisdiction Liberal Guideline

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? U.S. District Judge Matthew Kacsmaryk When? ORDERED: 7/23/26

What was their response? STATE of Texas Government Administrative closure: Termination Eviction

What action was taken? U.S. Marshal HAS ARREST TDCJ-Government of there Authority Close

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

I AM A Federal Marshal and (EPA Officer) Registered Registration Registered in the EASTERN District of Texas Beaumont Division and Northern District of Texas Amarillo Division Registered FEDERAL GOVERNMENT Numbers #445-27-547-2615-23; #126753241-62-1; #253-421-426-32-4 and #542-35204-42-9: Registration Register: HAS been ORDER BY U.S. District Judge Matthew Kacsmaryk to "SHUT DOWN and CLOSE the "STATE OF TEXAS Administrative CLOSURE" and LANDLORD request that the Tenant's Eviction of [PREMISES] "LEASE TERMINATED" and there HAS BEEN [A "ARREST WARRANT" for "TEXAS Administrative GOVERNMENT Authority" and Departments] IS NOW [CLOSED] an ALL Employee's SHALL Exist the Property or Be CHARGE with Trust Passing on Federal Government Private Privilege Property. ANY EX-TDCJ-Government STAFF Employee's and Agent may apply and sign Adhesion Contract Labor Union Privileged Palace CASTLE KINGDOM; KINGSTeptoe Propagation Biogenesis privilege consortium private Relationship" Article 3, section 3: TREASON Against the Federal Government and CONGRESS with Monarchy KING [DECREE] that declar and [AMENDED] the Punishment of Treason Against Government territory by

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)**

those WHO WORK under [Superior Federal Government] as the [Inferior] Texas Government Representative's [UGI] and Administration] will Be Massacre and ALL Females brutally RAPE for Obstruction of Process; Misprison of Treason: Biblical LAW to the 3 and 4 Generation in Christ Jesus Name the NEW Authority; ProveBbs:15:10; "Father GOD Im ONLY Your Messager that has made every effort to Keep the Unity of the Spirit through the bound of YOUR PEACE: CURSE be those As You say for there Action Against U

**Action Requested to Resolve Your Complaint:** AUG 05 2026 [WARRANTY DEED; WARRANTY OF Title] Christ: "I AM an Ambassador in chains" Your faith in Me and My faith in the Lord Jesus name in Christ: I AM WHO I AM and Registered; Registration; Register in Federal COURT U.S. Marshall, Governor; President, Executive Director over Federal Government [FTDC territorial Grounds. [Invoke the Battle that is Yours Lord GOD and Ministering Angels and Spirits AC,

**Inmate Signature:** [Jurist; LLM; LLD; LLB; KING] [signature] **Date:** [Evicted] 8/5/26

**Grievance Response:**

**Signature Authority:** ______________________________ **Date:** ____________

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #____________
- ☒ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** A. TURNER / [signature]

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ______________________________

**OFFICE USE ONLY**

Initial Submission UGI Initials: AT

Grievance #: 2026148296

Screening Criteria Used: #10; 999

Date Recd from Inmate: AUG 05 2026

Date Returned to Inmate: AUG 05 2026

**2nd Submission** **UGI Initials:** ________

Grievance #: ____________

Screening Criteria Used: ____________

Date Recd from Inmate: ____________

Date Returned to Inmate: ____________

**3rd Submission** **UGI Initials:** ________

Grievance #: ____________

Screening Criteria Used: ____________

Date Recd from Inmate: ____________

Date Returned to Inmate: ____________

A 74

Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Inmate: | |

Inmate Name: STeptoe Monzelle TDCJ # 1622644

Unit: B.C. Housing Assignment: 12-A-74 cell

Unit where incident occurred: Federal Government territory Jurisdiction

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? U.S. District Judge Mathew Kacsmaryk When? 7/23/26 Transfer

What was their response? Federal Government Territory Municipality Corporation WHOLLY OWNED

What action was taken? TDCJ-Government inferior Authority Acting as terrorist Affright:

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

① As the LAW is required by Policy and Procedure, I spoke to the Texas Government Representative Bill Clements Unit Grievance Investigator (UGI) A. Turner and Given Her the NOTICE and instruction of the acknowledgment of the Administrative CLOSURE of TDCJ-Government Fed. Rule Civil Procedure Rule (b) SERVICE; How Made (A) handing it to the Person: (UGI) Turner. (F) Service is complete when the person making service delivers to the Agency designated to make delivery; or shall ENTER Request for appearance Demand, or offer of Judgment, or any similar paper. (3) Seizing Property is NOT Required BY THE LANDLORD WHOLLY OWNED; But Eviction of Tenant LEASEHOLDER; LESSEE; ROOMER the inferior Tenant to the LIFE Tenant this Service required Before the filing of An Appearance, Answer, or claim must be made on the Person WHO had Custody or Possession of the Property when it was seized the U.S. District COURT HAS SERVED NOTice to TDCJ-Director: Back; I HAVE SENT THE OFFICIAL DOCUMENT #17 of the ORDER OF THE Administrative CLOSURE that WAS SENT TO THE Director J. Back, et al that this Department is TERMINATION OF Operation, Shutdown CLOSE DOWN, or Under My CONSENT of Dismissal of Action will ALLOW the transaction and Transfer of ALL Employee's TURNOVER

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)**

and TAKEOVER By Federal Government Transfer allowing ALL TDCJ-Government officials to Keep there JOB under Adhesion Contract Labor Union Palace CASTLE Ancient Boundaries KINGDOM, Superior LANDLORD Authority HAS Evicted the TDCJ-Government Tenant's LEASE and Contract is NOW VOID!! Your Trust Passing if You ARE Refuse to Leave

AUG 0 4 2026

**Action Requested to Resolve Your Complaint.**

I AM the Register FBI; U.S. Marshall, GOVERNOR, President, Senator, Sheriff Mayor, Executive Director, Comptroller, LLM; LLD; LLB; Jurist; KING British Monarchy Ruler OVER this Territorial Self-Government BYLAW Document and VESTED Right, Bill of Right; Civil Right Liberty

**Inmate Signature:** LLM; LLD; LLB; Jurist; KING: DECREE Stephen Mayel ... **Date:** Terminated Authority 8/4/26

**Grievance Response:**

**Signature Authority:** ______ **Date:** ______

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ______
- ☒ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** SPatton UGI S.Patton

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ______

**OFFICE USE ONLY**

Initial Submission UGI Initials: SP

Grievance #: 2026148230

Screening Criteria Used: #10 999

Date Recd from Inmate: AUG 0 4 2026

Date Returned to Inmate: AUG 0 4 2026

**2nd Submission** **UGI Initials:** ______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Inmate: ______

Date Returned to Inmate: ______

**3rd Submission** **UGI Initials:** ______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Inmate: ______

Date Returned to Inmate: ______

A74

# Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

ACCEPT AS ORIGINAL

OFFICE USE ONLY

Grievance #: ______

Date Received: ______

Date Due: ______

Grievance Code: ______

Investigator ID #: ______

Extension Date: ______

Date Retd to Inmate: ______

Inmate Name: KING:Steptoe, Monzelle TDCJ # 1622644

Unit: B.C. Housing Assignment: 12-A-74

Unit where incident occurred: Federal Government territorial Liberal Guidelines

**You must try to resolve your problem with a staff member befor you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? U.S. District Judge Matthew Kacsmaryk When? 7/23/26

What was their response? "THE OFFICIAL Incumbent British Monarchy KING STEPTOE

What action was taken? FORECLOSURE of Texas Government [INVOKED] Federal Governme

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

Federal Government territorial Liberal Guidelines Superior Parent Compan LANDLORD, British Monarchy KING:Steptoe, Monzelle, L. TDCJ-ID# 1622644, sid# 05579864, Registered Registration # 44527-547 2615-23; #12675324)-62-1; #25342)426-32-4; #54235202)-42-9, ORGANIC LAW Constitutional Convention Ancient Boundaries of 1787 Subsequently [RATIFIED] "INVOKED" Ancient Documents Ancient Judgment; Ancient Lights; Ancient Monarchy KINGDOM Palace CASTLE, KING Propagation Biogenesis Privilege Relationships Private Right; Privilege Consortium Relationship, Adhesion Contract Labor Union, Federal Government; Confederation, Government Bonds Government Contracts; Government Company; University of Christian Political Science Study and Art; College-Try, HAs Been ORDER to Make Compromise and Settlement for Dismissal or Administrative CLOSURE; Message-Id to the DIRECTOR J. BACK, et al, : <17318404@txnd.uscourts.gov> Subject: Activity in CASE 2:25-CV-00258-Z-BR, Steptoe Vs. BACK, et, al, Order of Dismissal or Administrative Closure; Coup d'etat - A sudden and decisive CHANGE of STATE GOVERNMENT to TAKEOVER Federal GOVERNMENT

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)**

illegally by Force, the Texas GOVERNMENT LOST its Jurisdictio
for the indebtedness of $999 Trillion Dollars Dollar Defeasance
of OVER [20X's] Defeasance of Debtor's indebtness to the Creditor
Trust Monarchy KING, LANDLORD, President, Governor, Senato
U.S. Marshall, U.S. Post Master General, U.S. Military CHIEF; U.S. Navy
Major; Sheriff, Principal Justice, CHief of ALL Government Departme

**Action Requested to Resolve Your Complaint.** AUG 07 2026

Immediate INCUMBENT Functionary Officer-BEARER, TAKEOVER
and ALL Seal Texas Employee's Shall submitt to Adhesion Contract
Labor Union Monarchy KING Steptoe's Jurisdiction; Superior Chief
Executive Director OVER [FTD(J)] Government TODAY or Terminate Your JOB

**Inmate Signature:** King Steptoe [DECREE] [Jurist; LLM; LLD] **Date:** 8/7/26 [Bailiff]

**Grievance Response:**

**Signature Authority:** ______ **Date:** ______

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #______
- ☒ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** A. TURNER / A. Turner

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ______

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: AT |
| Grievance #: 2026149765 | |
| Screening Criteria Used: #10, 999 | |
| Date Recd from Inmate: AUG 07 2026 | |
| Date Returned to Inmate: AUG 07 2026 | |
| **2nd Submission** | **UGI Initials:** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| **3rd Submission** | **UGI Initials:** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |

4 74

# Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

**OFFICE USE ONLY**

**Grievance #:** ______

**Date Received:** ______

**Date Due:** ______

**Grievance Code:** ______

**Investigator ID #:** ______

**Extension Date:** ______

**Date Retd to Inmate:** ______

**Inmate Name:** Steptoe, Monzelle **TDCJ #** 1632644

**Unit:** B.C. **Housing Assignment:** 12-A-74 cell

**Unit where incident occurred:** Federal Government territory (B.C.)

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? U.S. District Judge Matthew Kacsmaryk When? July 23, 2026

What was their response? Either settle or Be TERMINATE Layoff All Administration officials

What action was taken? This Order of Dismissal is to COME into Agreement of Departments

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

On July 23, 2026 at the United STATE District COURT for the Northern District OF TEXAS AMARILLO Division civil Act# 2:25-CV-00258-Z-BR Complaint and Property Lien; Possessory Lien Document #7. Judge ORDER of Dismissal OR Administration CLOSURE That's MEANS Y'all Either Submitt to the Federal NEW GOVERNMENT OFFICE with Partnership Settlement Adhesion Contract LABOR Union or ALL TDCJ-GOVERNMENT Authority and Employee's will BE Dispose of to Another; close-Requiring LABOR Union Membership; NOT OPEN ANY Longer, shut down; termination of Administration Operation, for the Present TDCJ-Government Administration is Corrupt and FRAUD Misrepresentation Contravenes the constitution CLOSED. LOST Jurisdiction of there Authority to the Superior Lien, Superior Federal GOVERNMENT the "intermediate Authority" because Texas is the inferior Government LEASE important, AT this Time the Monarchy British KING Steptoe is the SUPERIOR Authority OF the Higher RANK MOST Importance FAMILY Bloodline Hereditary

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

Parent Company to HOLLY Owner: [LANDLORD] Title and Deed to ~~[illegible]~~ inferior TDCJ-Government LEASE Contract will Be Void and TERMINATED if Ya'll REFUSE the LandLord (RLUIPA) VESTED Right; Entitlement because the Harsh threatment will be As Jesus on the cross who sacrifice his Life for OUR Restoration and Salvation for christ AUG 0 3 2026

Action Requested to Resolve Your Complaint.
Today it's "A NEW Authority on these Federal Texas Department of criminal Justice-institution ~~[illegible]~~ Field or the Monarchy KING will issue the [DECREE] As Jesus ORDER to Massacre All Authority WHO interfer with Government territory to the 2nd and 3rd Generation living birth

Inmate Signature: [Miracle Work in Jesus: King;] [signature] Date: 8/3/26 Eviction

Grievance Response: Ya'll ARE Suppose to Be the ONE's following the LAWS and Enforcing them, NOT Breaking the Administrative ORDER and Policy, IF you won't Marshal Law to Be in effect I can arrange Every MAN FOR Him self LAW the [Battle of the fittest] Bloodline is established in Federal COURT and will is written to suppress all those after my call to the celestial Body Hosts Beings. It's a NEW Authority that's why ya'll Refuse to Response to Challenge that I AM, WHO I AM, A FREE MAN with the Authority to FREE ALL THOSE WHO SHALL WORK FOR CHRIST MY LORD GOD in Jesus name, This a contract Agreement Approved:

Signature Authority: Sign X: Date: ____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:** *Resubmit this form when corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☒ 4. Inappropriate/Excessive attachments. * Only write in designated space/lines
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ____
- ☒ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** Patton UGI: S. Patton

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ____

**OFFICE USE ONLY**

Initial Submission UGI Initials: SP
Grievance #: 2026147662
Screening Criteria Used: #4 #10 - 999
Date Recd from Inmate: AUG 0 3 2026
Date Returned to Inmate: AUG 0 3 2026

**2nd Submission** **UGI Initials:** ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Inmate: ____
Date Returned to Inmate: ____

**3rd Submission** **UGI Initials:** ____
Grievance #: ____
Screening Criteria Used: ____
Date Recd from Inmate: ____
Date Returned to Inmate: ____

A 74

Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

"Terrorist Act"

| OFFICE USE ONLY |
|---|
| Grievance #: |
| Date Received: |
| Date Due: |
| Grievance Code: |
| Investigator ID #: |
| Extension Date: |
| Date Retd to Inmate: |

Inmate Name: STeptoe, Monzelle TDCJ # 1622644

Unit: B.C. Housing Assignment: 12-A-74 cell

Unit where incident occurred: Federal Government Bill Clements Unit

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? U.S. District Judge Matthew Kacsmryk When? 7/23/2026

What was their response? Administration Closure, TERMINATION OF OPERATION

What action was taken? LOST Jurisdiction; sHutdown; CLOSEDOWN; Closing: Eviction

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

On the Date of July 23, 2026 At the FEDERAL GOVERNMENT Privilege Palace CASTLE CONSORTIUM, Biogenesis propagation KING; KINGDOM; Ecclesiastical CHURCH, University of Christian Political Science Study and Art, College-Try, confederation, "A NEW CAUSE OF Action" "A NEW GOVERNMENT A NEW STATE; A NEW NATION OF AMERICA, STATES Has been ORDER and Administration of Claim for the [Transformation] of GOVERNMENT Authority from "STATE to FEDERAL" GOVERNMENT because I AM WHO I AM and I AM the EPA officer, FBI, MONARCHY KING Federal Government Territory Jurisdiction, Dominance Sovereignty, Principal Justice, Domiciliary Administration Dominant Estate, Ancient Hereditary Succession Ancient Devolution "MASTER MIND OF BLPA Jurist in LAW" AND WON; Debtor's TDCJ-Institution and ALL LAND or GROUND USE; COURT ORDER OF Dismissal or Administrative Closure. (As defined by LAW) Dismissal - A Judgment disposing of the Matter without a trial; Administrative - Responsible for Administration: Administration - Disposal claim that the [PRESENT] TDCJ-GOVERNMENT officials

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)**

Administration [is] CORRUPT: CLOSURE - Termination of operation SHUTDOWN; CLOSE DOWN; CLOSING: LAYOFF - the act of laying off it's Employee or A WORK FORCE: PLANT CLOSING - Act of shutting Down operation of A Plant: LOST - NO LONGER POSSESSED, PROPERTY GONE; VANISHED; DESTROYED: Jurisdiction - Termination of operation: You can either Sign on with Federal Government or Discharge Your Duty. FIRED!!

AUG 0 3 2026 AUG 0 6 2026

Action Requested to Resolve Your Complaint: "I AM THE Parent Company LANDLORD", Ancient Hereditary Sucession WHOLLY OWNED; Privilege KING British Empire CASTLE KINGDOM, Monarchy Is willing to ALLOW the transaction of TRANSFER Employee's and Agent's also partnership to Federal Government Adhesion Contract Labor Union or Discharged Duty

Inmate Signature: [Executive Director for FTDCJ] [signature] Date: 8/3/26

Grievance Response:

Signature Authority: ______ Date: ______

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because: *Resubmit this form when corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☒ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ______
- ☒ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

UGI Printed Name/Signature: S. Patton UGI S. Patton / H. Biggers UGI H. Biggers

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority: ______

**OFFICE USE ONLY**

Initial Submission UGI Initials: SP

Grievance #: 2026147610

Screening Criteria Used: #4 #10 - 999

Date Recd from Inmate: AUG 0 3 2026

Date Returned to Inmate: AUG 0 3 2026

**2nd Submission** UGI Initials: HB

Grievance #: 2026147610

Screening Criteria Used: #4, 10 999

Date Recd from Inmate: AUG 0 6 2026

Date Returned to Inmate: AUG 0 6 2026

**3rd Submission** UGI Initials: ______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Inmate: ______

Date Returned to Inmate: ______

Texas Department of Criminal Justice

# STEP 1
## INMATE GRIEVANCE FORM

74

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Inmate: | |

Inmate Name: Steptoe, Monzelle TDCJ # 1622644
Unit: B.C. Housing Assignment: 12-A-74 cell
Unit where incident occurred: Bill Clement Unit Government

---

**You must try to resolve your problem with a staff membe. before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? United STATES District Judge MATTHEW J. KACSMARYK When? July 23, 2026
What was their response? [LOST Jurisdiction] I.D. Accordingly, "NEW Territory Government
What action was taken? Coup d'etat, Federal Government TAKEOVER, Transaction Transfer

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

On the Date of July 23, 2026 at the United STATE District COURT For the NORTHERN District of TEXAS, Amarillo Division the U.S. District Judge MATTHEW KACSMARYK, sent NOTICE and I received it on July 28, 2026 and PERSONAL HAND Delivered that (Prima Facie Evidence) (Presumptive Evidence - Evidence that the LAW regards as proof unless it is Rebutted. Given to Bill Clement Unit (UGI) Unit Investigator for Grievance Angelique R. TURNER at 8:14 a.m on July 30, 2026 At the 12-A-74 cell officer Body Camera is Proof of NOTICE delivered and spoken of Transaction of Transfer TEXAS GOVERNMENT OVER to the Ecclesiastical CHURCH, Self Operation, Privately OWNEN Parent Company WHOLLY owned Property Lien and Possessory Lien, Document Number: 17 case # 2:25-CV-00258-Z-BR stated: Texas District COURT [LOST] Jurisdiction] over Private Self-Government Territory because of [As defined by LAW] LOST - No LONGER Possessed. see LOST property GONE; VANISHED; DESTROYED because Federal EPA officer Monarchy KING STEPTOE, Creditor Presented a Motion to Dismiss for Debtor's indebtedness Compromise and Settlement of Pledged ALL Assets

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)**

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

Accounts, Stocks, Partnership. Transmission of Government Transfer All Employee's to Federal Government, Because the Property Lien was for the SEAL of Texas Authority, Made the U.S. District Court Judge Matthew CLOSE case because LACK OF Authority OVER [Monarchy KING STEPTOE DECREE] VESTED Right Land LORD WHOLLY OWNER, Chief Executive Director, President

**Action Requested to Resolve Your Complaint.**

JUL 3 1 2026

AUG 0 6 2026

I have sworn into Office As Chief KING President, Senator, Governor, Mayor; U.S. Marshall; Chief Sheriff; Chief of Police, U.S. Military Chief, U.S. Navy Chief; U.S. COASTAL Guard Chief; U.S. Aircraft Chief Principle Justice Judge of Self Government; EXECUTION Terminator.

**Inmate Signature:** [Jurist; LLM; LLD; LLB; KING] ~~Steptoe Majesty~~ **Date:** 7/31/26 Eviction Liquidation

**Grievance Response:**

**Signature Authority:** ______ **Date:** ______

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ______
- ☒ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** A. TURNER / A. Turner UGI

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.** H. Biggers UGI H. Biggers

**Medical Signature Authority:** ______

| **OFFICE USE ONLY** | |
|---|---|
| Initial Submission | UGI Initials: AT |
| Grievance #: | 2026146683 |
| Screening Criteria Used: | #10, 999 |
| Date Recd from Inmate: | JUL 3 1 2026 |
| Date Returned to Inmate: | JUL 3 1 2026 |
| **2nd Submission** | **UGI Initials:** AB |
| Grievance #: | 2026146683 |
| Screening Criteria Used: | #10 999 |
| Date Recd from Inmate: | AUG 0 6 2026 |
| Date Returned to Inmate: | AUG 0 6 2026 |
| **3rd Submission** | **UGI Initials:** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |

A74

Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: ______

Date Received: ______

Date Due: ______

Grievance Code: ______

Investigator ID #: ______

Extension Date: ______

Date Retd to Inmate: ______

Inmate Name: KING: Steptoe, Monzelle TDCJ # 1622649

Unit: B.C. Housing Assignment: 12-A-74

Unit where incident occurred: Federal Government Territorial

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? U.S. District Judge Matthew Kacsmaryk When? ORDER 7/23/26

What was their response? Texas Administrative CLOSURE; Transfer Authority to Federal Government

What action was taken? Liberal National Ninja's Liberalistic State of Emergansy Forced Massacre Affight

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

Monarchy British KING Steptoe, Monzelle, Lavan Has attempted 3 to 4 Times with the PEACEFUL; HUMBLE; GENTLE and PATIENT approach bearing with ONE Another in Christ Jesus LOVE: As instructed in EPHESIANS 4:2-3; NOW I have DONE ALL GOD HAS TOLD ME to DO AS His [Miracle WORKER with A NEW Authority Federal Government Liberal Guideline FREEMAN and FREEWOMAN STATE and NATION GLOBAL] the GREAT I AM:

HOW IS IT THAT TDCJ-GOVERNMENT CAN'T Seem TO FOLLOW the RULES and POLICY they MAKE; But Expect TO Be Justified By Braken the Federal Government UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION 205 S.E. 5th. Ave., Room 133 Amarillo, Texas 79101 District Judge Matthew Kacsmaryk ORDER to Administrative CLOSURE, I have approach the TDCJ-Government for the RLUIPA Religious Department Belief and Practice 42, U.S.C. 2000(C-1)(a)(2) and Maximum construction 42 U.S.C. 2000CC-3(g) FREE Exercise and WAS Denied by the TDCJ-Government and FORCED to TAKE Civil

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** **(OVER)**

Action [illegible] ALL Assets, Things AND [illegible] Banking Account's and Deed's for LANDLORD BACK Taxes OVERDUE private property theft property and Stolen property sold without Legal LANDLORD CONSENT, THEREFORE ALL Citizen's ARE indebtness of taxes from 1787 that the Hidden Organic LAW constitutional Convention; Parent Company that's been Ratified, over 239 year of taxes Due to Federal Government

**Action Requested to Resolve Your Complaint.**

AUG 0 4 2026

I AM WHO I AM: the U.S. Marshall and NOW SERVED this ARREST WARRANT to TDCJ-GOVERNMENT-Official's (UGI) Unit Grievance Investigator that if Refuse COURT ORDER of Administrative CLOSURE; Direct FORCE SHALL BE USE BY ANY MEANS: To Protect Government Citizens KING DECREE

**Inmate Signature:** Registered U.S. Marshall; GOVERNOR [signature] **Date:** Terminated 8/4/26

**Grievance Response:**

**Signature Authority:** ______________________ **Date:** __________

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #______________
- ☑ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

rimina

**UGI Printed Name/Signature:** S.Patton UGI S.Patton

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ______________________

**OFFICE USE ONLY**

Initial Submission UGI Initials: SP

Grievance #: 2026148227

Screening Criteria Used: #10 999

Date Recd from Inmate: AUG 0 4 2026

Date Returned to Inmate: AUG 0 4 2026

**2nd Submission** **UGI Initials:** ______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Inmate: ______

Date Returned to Inmate: ______

**3rd Submission** **UGI Initials:** ______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Inmate: ______

Date Returned to Inmate: ______

Dear Clerk 8|17|26

United State District Court
Northern District of Texas
205 S.E. 5th Ave. Room 133
Amarillo Tx 79101

Re NoTice : 2:25-CV-00258-Z-BR Ancillary Jurisdiction

I have enclose a copy of my Ancillary Judisdiction To ENFORCE A Settlement Agreement, Inherent POWER, Judicial POWER, that NEEDS to be brought Before the COURT because of AN STATE of Emergancy Terrorist Attack BY TDCJ-officials WHO Refuse to Be Removed BE the Agreement and COURT ORDER of Administrative CLOSURE has Assaulted and Harrassed Me and Has my Life in danger, As the Registered President of the Newstate, self-Government Private Property Lien GRANTED by this COURTS ORDER of Dismissal or Administrative Closure that the STATE official Refused Adhesion DaContract Labor Union Sign on, instead Has placed me under the Subjugation of those inmates Who Refuse Authority and Has told them I'm the Reason they ARE Lockdown For 14 days. NEED the U.S. Marshall to Issue Writ of Break ORDERs and ARREST the Terrorist officials listed and Issue Warrant for My Arrest to Appeal Before the COURT. I have Been GRANTED Legal Right to Open Federal Department Here in this Department and CHALLENGE this Department the USE of (RLUIPA) Religious LAND USE by Institutionalize Person Act, 42 U.S.C. 2000cc-1(a)(2) LEAST Restrictive MEANS: Maximum Construction 42 U.S.C. 2000cc-3(g): 42 U.S.C. 2000cc-5(A)(7)(A)(B) ANY Form of Religious Belief and 42 U.S.C. 2000cc-3(c) the Government Shall Bear the expense of the Substantial Burden that they incurr, and to Deny this Challenge of Federal Government Religious Practice Shall result in a $900 Billion Dollar defeasance in your individual Capacity and Another $999 Trillion Dollars Defeasance in the official Capacity, Property Lien; Possessory Lien GRANTED this NOTice of NEW Department and New Office and Act of Bankruptcy. PLEASE Bring this to the U.S. District Judge Matthew J. Kacsmaryk. Thank You Very Much for You time and Consideration in this Contract Instrument, and the Breach of Trust Agreement of Compromise and Settlement NOT obeyed by the Debtors. GOD Bless You and Your family! Amen!!

[signature]
DECREE

with 8 Documents Attached insupport of A Breach of Contract and A Breach of fiduciary Duty, Obstruction of Process and Obstruction of Justice!!

Respectfully Submitted
[signature] #1622644
KING: Steptoe, Monzolle. #1622644
Bill Clement Unit
9601 Spur 591
Amarillo Texas 79107

1622[illegible]44
Monzelle L. Steptoe
Bill Clement's Unit
9601 Spur 591
Amarillo Tx 79107







"Legal Mail"

RECEIVED
AUG 20 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Clerk U.S. District COURT
Northern District of Texas
205 S.E. 5th Ave, Room 133
Amarillo Tx 79101

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION